**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

No. 98-7009

───────────

JABARI ZAKIYA, formerly known as Douglas Ross,

                                        Petitioner - Appellant,

        versus

KATHLEEN HAWK, Director, Federal Bureau of
Prisons,

                                        Respondent - Appellee.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (CA-98-468-AM)

───────────

Submitted:  March 9, 1999          Decided:  March 25, 1999

───────────

Before WILKINS and HAMILTON, Circuit Judges, and HALL, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Jabari Zakiya, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jabari Zakiya appeals the district court's order denying his motion to reconsider under Fed. R. Civ. P. 60(b) the district court's earlier order dismissing his petition filed under 28 U.S.C. § 2241 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Zakiya v. Hawk, No. CA-98-468-AM (E.D. Va. May 28, 1998). We also deny Zakiya's petition for a writ of mandamus essentially seeking the same relief as prayed for in his Rule 60(b) motion. See In re Beard, 811 F.2d 818 (4th Cir. 1987). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2